**THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF GUADALUPE GARCIA, by and through Administrator the Estate; ENGRACIA BRAVO GARCIA, an individual; and CANDELARIO MARTINEZ GARCIA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, a governmental entity; TULARE COUNTY SHERIFF'S OFFICE, a public entity; SHERIFF MIKE BOUDREAUX, an individual; LIETUENANT MEGAN PINHEIRO, an individual; JOELEENA ELENA MCILLWAINE, an individual; JACQUELINE SIMMONS aka JACKIE TREADWAY, an individual; SAMUEL HALSTOM, an individual; JACOB TREADWAY, an individual; EMMA ARELLANO, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 1:23-cv-01178-KES-SKO<br>(*Assigned to Hon. Kirk E. Sherriff*)<br><br>**ORDER GRANTING JOINT STIPULATION TO ADOPT PLAINTIFFS' PROPOSED FIRST AMENDED COMPLAINT AS THE OPERATIVE COMPLAINT IN THE INSTANT ACTION**<br><br>(Doc. 23) |

**ORDER**
– 1 –

Plaintiffs ESTATE OF GUADALUPE GARCIA by and through the Administrator of its Estate; ENGRACIA BRAVO GARCIA, an individual; CANDELARIO MARTINEZ GARCIA, an individual (collectively "Plaintiffs"), AND Defendants COUNTY OF TULARE, a governmental entity; TULARE COUNTY SHERIFF'S OFFICE, a governmental entity; SHERIFF MIKE BOUDREAUX, an individual and LIEUTENANT MEGAN PINHEIRO, an individual ("Defendants") (collectively the "Parties") Joint Stipulation to Adopt Plaintiffs' Proposed First Amended Complaint as the Operative Complaint in the Instant Action (Doc. 23), is GRANTED. Plaintiffs SHALL file their First Amended Complaint by no later than **May 2, 2024.**

IT IS SO ORDERED.

Dated:   **April 30, 2024**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE