# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ESTATE OF GUADALUPE GARCIA, et al.,

Plaintiffs,

v.

COUNTY OF TULARE, et al.,

Defendant(s).

Case No. 1:23-cv-01178-KES-EGC

**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**

(Doc. 53)

Having considered the parties' Joint Stipulation to Modify the Scheduling Order, (Doc. 53), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the date Scheduling Order, (Doc. 43), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

| Event | Scheduled Date | Continued Date |
|---|---|---|
| Non-Expert Discovery | July 15, 2026 | October 15, 2026 |
| Disclosure of Experts | August 7, 2026 | November 6, 2026 |
| Disclosure of Rebuttal Experts | September 4, 2026 | December 4, 2026 |
| Expert Discovery Deadline | October 2, 2026 | January 7, 2027 |
| Non-Dispositive Motions (filing deadline) | October 16, 2026 | February 3, 2027 |
| Non-Dispositive Motions (hearing deadline) | November 18, 2026 | March 10, 2027 |
| Dispositive Motions (filing deadline) | October 30, 2026 | February 8, 2027 |

[1] Some of the parties' proposed dates were modified to comport with the Court calendar. A Settlement Conference has not been scheduled. By no later than June 9, 2027 the parties shall file a joint statement 1) confirming that they have met and conferred, and 2) setting forth three to four proposed Settlement Conference dates in accordance with the Court's calendar.

| | | |
|---|---|---|
| Dispositive Motions (hearing deadline) | December 7, 2026 | March 15, 2027 |
| Pretrial Conference | April 12, 2027 | July 12, 2027 |
| Trial | June 8, 2027 | September 7, 2027 |

IT IS SO ORDERED.

Dated: **July 14, 2026**

Erin Sur Castillo

UNITED STATES MAGISTRATE JUDGE